Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID MOROWIT, individually and doing business as ACORN CONCETE PUMPING,<br><br>Defendant. | Case No.: C07-1240 PJH<br><br>**REQUEST FOR 90-DAY CONDITIONAL DISMISSAL AND ORDER THEREON**<br>**[F.R.C.P. 41(a)]** |

The above-named plaintiffs, Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., hereby request a voluntary 90-day Conditional Dismissal without prejudice of the above entitled action, under Federal Rule of Civil Procedure 41(a). Plaintiffs have obtained defendant's compliance with the requested audit of its employment records, before defendant's service of an Answer or of a Motion for Summary Judgment. Plaintiffs have not filed or dismissed any similar action against defendant. Plaintiffs therefore respectfully request a conditional 90-day dismissal of the above-entitled action, pending

-1-
**REQUEST FOR CONDITIONAL DISMISSAL**
**Case No.: C07-1240 PJH**

1  payment by defendant of any amounts determined as due for the audited period, together with
2  legal fees and costs incurred by this action.
3      Accordingly, the pretrial calendar and Case Management Scheduling shall be vacated and
4  this action conditionally dismissed without prejudice after ninety (90) days from the date of this
5  Order, unless reinstated by plaintiffs for entry of Judgment in their favor, for amounts due and
6  
7  owing, according to proof. The Court shall retain jurisdiction of this matter.
8  Dated: July 24, 2007                  SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

13  IT IS SO ORDERED.

15  Date: July 27, 2007                      UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST FOR CONDITIONAL DISMISSAL**
**Case No.: C07-1240 PJH**

P:/Clients/OE3CL/Acorn/Pleadings/C07-1240 PJH Request for Conditional Dismissal 072407.doc

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On July 24, 2007, I served the following document(s):

**REQUEST FOR 90-DAY CONDITIONAL DISMISSAL AND ORDER THEREON [F.R.C.P. 41(a)]**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**DAVID MOROWIT, individually
and dba ACORN CONCRETE PUMPING
1230 Veale Avenue
Martinez, CA 94553**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of July, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
REQUEST FOR CONDITIONAL DISMISSAL
Case No.: C07-1240 PJH

P./Clients/OE3CL/Acorn/Pleadings/C07-1240 PJH Request for Conditional Dismissal 072407.doc