UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE,

        Plaintiff(s),

   v.

DAVID MOROWIT,

        Defendant(s).
_____/

No. C 07-1240 PJH

**ORDER OF DISMISSAL**

The parties having advised the court in writing that the parties have agreed to a settlement of this cause and having requested a conditional dismissal,

IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within ninety (90) days.

SO ORDERED.

Dated: February 11, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge